# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | | |
|---|---|---|
| MATTHEW JAMES SEALEY, | ) | |
| Plaintiff, | ) ) ) | |
| VS. | ) ) | No. 20-1014-JDT-cgc |
| DAVID WOOLFORK, | ) ) ) | |
| Defendants. | ) | |

## SECOND ORDER DIRECTING PLAINTIFF TO TO COMPLY WITH
## 28 U.S.C. § 1915(a)(2) OR PAY THE $400 CIVIL FILING FEE

The *pro se* prisoner Plaintiff, Matthew James Sealey, filed a civil complaint on January 17, 2020. (ECF No. 1.) The Court issued an order directing him to submit, within 30 days, either the entire $400 filing fee or an application to proceed *in forma pauperis* and a copy of his inmate trust account statement. (ECF No. 3.) Sealey filed a completed *in forma pauperis* affidavit on February 7, 2020, but it was not accompanied by a copy of his trust account statement. (ECF No. 4.) That document also is required by the Prison Litigation Reform Act, 28 U.S.C. § 1915(a)(2).

Sealey again is ORDERED to submit, within 30 days after the date of this order, either the entire $400 filing fee or a copy of his inmate trust account statement for the last six months.[1] Sealey is once more warned that if he fails to comply in a timely manner, the Court will deny leave to proceed *in forma pauperis*, assess the entire $400 filing fee from his trust account without regard to the installment payment procedures, and dismiss the action without further notice pursuant to

---

[1] Sealey does not need to provide a second copy of the *in forma pauperis* affdavit.

Federal Rule of Civil Procedure 41(b) for failure to prosecute. *See McGore v. Wrigglesworth*, 114 F.3d 601, 605 (6th Cir. 1997), *partially overruled on other grounds by LaFountain v. Harry*, 716 F.3d 944, 951 (6th Cir. 2013).

Sealey is reminded that if he is unable to obtain his trust account statement from prison officials, he should so notify the Court.

IT IS SO ORDERED.

                                           s/ **James D. Todd**
                                           JAMES D. TODD
                                           UNITED STATES DISTRICT JUDGE